David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
ELIZABETH K. FERREIRA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH K. FERREIRA,<br><br>    Plaintiff,<br><br>    vs.<br><br>AURORA BANK, FSB; ENERGY FIRST CREDIT UNION; NUVISION FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant(s). | Case No.: **2:17-cv-02361-JAD-NJK**<br><br>**NOTICE OF SETTLEMENT BETWEEN ELIZABETH K. FERREIRA AND <u>NUVISION FEDERAL CREDIT UNION</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between ELIZABETH K. FERREIRA ("Plaintiff") and Defendant NUVISION FEDERAL CREDIT UNION ("NUVISION") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against NUVISION, with Prejudice, within 60 days. Plaintiff requests that all

pending dates and filing requirements as to NUVISION be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to NUVISION.

Dated:  October 31, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***ELIZABETH K. FERREIRA***