# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH FERREIRA, | Case No. 2:17-cv-02361-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 8) |
| AURORA BANK, FSB, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Nuvision Federal Credit Union's ("Defendant") notice of settlement. Docket No. 8. The Court **VACATES** all pending dates and filing requirements as to Defendant. The Court **ORDERS** Plaintiff and Defendant to file a stipulation of dismissal no later than January 2, 2018.

IT IS SO ORDERED.

DATED: November 1, 2017

_____
Nancy J. Koppe
United States Magistrate Judge