# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH FERREIRA, | Case No. 2:17-cv-02361-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 12) |
| AURORA BANK, FSB, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Nuvision Federal Credit Union's ("Defendant") status report on notice of settlement. Docket No. 12. On November 1, 2017, the Court ordered these parties to file a stipulation of dismissal no later than January 2, 2018. Docket No. 10. Plaintiff and Defendant now submit that the final terms have been negotiated but that they require more time to finalize the settlement. Docket No. 12 at 2. The Court **ORDERS** Plaintiff and Defendant to file a stipulation of dismissal no later than February 26, 2018.

IT IS SO ORDERED.

DATED: December 29, 2017

_____
Nancy J. Koppe
United States Magistrate Judge