1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 ELIZABETH FERREIRA,                          )
                                               )        Case No. 2:17-cv-02361-JAD-NJK
11                    Plaintiff(s),             )
                                               )        ORDER
12 v.                                          )
                                               )        (Docket No. 13)
13 AURORA BANK, FSB, et al.,                   )
                                               )
14                    Defendant(s).            )
                                               )
15 _____ )

16        Before the Court is Plaintiff and Defendant Energy First Credit Union's ("Defendant") status

17 report on notice of settlement. Docket No. 13. On November 1, 2017, the Court ordered these parties

18 to file a stipulation of dismissal no later than January 2, 2018. Docket No. 11. Plaintiff and Defendant

19 now submit that the final terms have been negotiated but that they require more time to finalize the

20 settlement. Docket No. 13 at 2. The Court **ORDERS** Plaintiff and Defendant to file a stipulation of

21 dismissal no later than January 29, 2018.

22        IT IS SO ORDERED.

23        DATED: December 29, 2017

24                                              _____
                                                Nancy J. Koppe
25                                              United States Magistrate Judge

26

27

28