David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
ELIZABETH K. FERREIRA

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH K. FERREIRA,<br><br>  Plaintiff,<br>v.<br><br>AURORA BANK, FSB; ENERGY FIRST CREDIT UNION; NUVISION FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | **Case No. 2:17-cv-02361-JAD-NJK-**<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT NUVISION FEDERAL CREDIT UNION ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant NUVISION FEDERAL CREDIT UNION**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant NUVISION FEDERAL CREDIT UNION, **and only as to Defendant NUVISION FEDERAL CREDIT UNION** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant NUVISION FEDERAL CREDIT UNION**.

Dated:    January 4, 2018

                            Respectfully submitted,

                            By:    /s/David H. Krieger, Esq.
                                David H. Krieger, Esq. (Nevada Bar No. 9086)
                                HAINES & KRIEGER, LLC
                                8985 S. Eastern Avenue, Suite 350
                                Henderson, Nevada 89123
                                *Attorney for Plaintiff*