David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
ELIZABETH K. FERREIRA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. FERREIRA, | **Case No. 2:17-cv-02361-JAD-NJK-** |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL AS TO DEFENDANT ENERGY FIRST CREDIT UNION ONLY** |
| AURORA BANK, FSB; ENERGY FIRST CREDIT UNION; NUVISION FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant ENERGY FIRST CREDIT UNION**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant ENERGY FIRST CREDIT UNION, **and only as to Defendant ENERGY FIRST CREDIT UNION** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant ENERGY FIRST CREDIT UNION**.

Dated:          January 4, 2018

Respectfully submitted,

By:      /s/David H. Krieger, Esq.
David H. Krieger, Esq. (Nevada Bar No. 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*